1
2
3
4
5
6
7
8
9
10
11  NANCY SKINNER,                         Case No.: 4:20-cv-06979-JSW
12         Plaintiff,
13     vs.                                 **ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DATES** AS MODIFIED
14  MEDIVATORS; and DOES 1 through 100, inclusive,
15         Defendants.                     Trial Date:      May 23, 2022
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DATES**

# ORDER

Having received and considered Plaintiff Nancy Skinner ("Plaintiff") and Defendant Medivators, Inc.'s ("Defendant") (collectively "the Parties") Joint Stipulation to Continue Scheduling Order Dates, and good cause appearing herein, the *stipulation* is **GRANTED** as follows: The Court shall set a case management conference to occur shortly after its order on the motion for summary judgment, if necessary, and will set pretrial and trial dates then.

~~Final Pretrial Conference:    July 5, 2022~~
~~Jury Selection:               July 18, 2022~~
~~Jury Trial:                   August 1, 2022~~

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 4, 2022

_____
Honorable Jeffrey S. White

---

-1-
**ORDER ON JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DATES**