UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SKINNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDIVATORS, INC.,<br><br>        Defendant. | Case No. 20-cv-06979-JSW<br><br>**ORDER SETTING DATES AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 43 |

This matter is scheduled for an initial case management conference on Friday, November 4, 2022. The Court has received and considered the parties' joint case management conference statement, and it HEREBY VACATES the case management conference.

It is ORDERED as follows:

**A.    DATES**

| | |
|---|---|
| Pretrial Conference: | May 1, 2023 at 2:00 p.m. |
| Jury Selection: | May 17, 2023 at 8:00 a.m. |
| Trial: | May 22, 2023 at 9:00 a.m. |

It is FURTHER ORDERED the parties shall follow this Court's Guidelines for Civil Trials, which sets forth the deadlines for all pretrial filings, including the exchange of and filing of motions in limine.

Discovery, including expert discovery, is closed.

**B.    PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-1 upon a showing of very good cause. A motion may take the form of a stipulation and proposed order

pursuant to Civil Local Rule 7-1(a)(5) and Civil Local Rule 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____
JEFFREY S. WHITE
United States District Judge